IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01335-WYD-BNB

FIRST WESTERN FINANCIAL, INC., a Colorado corporation,

    Plaintiff,

v.

JED COHEN, individually, and,
TIMOTHY WAHL, individually,

    Defendants.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 45], filed on December 10, 2012.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Joint Stipulation Of Dismissal With Prejudice [ECF No. 45], filed on December 10, 2012, is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.

DATED:  December 11, 2012.

BY THE COURT:

<u>s/ Wiley Y. Daniel</u>
Wiley Y. Daniel
Chief U.S. District Judge